Jane Kay HARRIS, Respondent,

v.

Robert L. HARRIS, Appellant.

No. WD 53443.

Missouri Court of Appeals, Western District.

Feb. 24, 1998.

Kathleen Kopach Woods, Kansas City, for Appellant.

Anita Rodarte, Kansas City, for Respondent.

Before LOWENSTEIN, P.J., and BRECKENRIDGE and HANNA, JJ.

## ORDER

PER CURIAM.

The husband appeals the judgment of the trial court's distribution of the marital estate. Affirmed. Rule 84.16(b), V.A.M.R.